UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

RVW PRODUCTIONS CORPORATION et al.,

                          Plaintiffs,

        -v-

HISCOX INSURANCE COMPANY, INC. et al.,

                          Defendants.

22 Civ. 8850 (PAE)

<u>ORDER</u>

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

On October 17, 2022, defendant Hiscox Insurance Company, Inc. filed a notice of removal of this case. Dkt. 1.

Counsel[2] for the removing defendant are directed to serve on all other parties and submit to the Court **within 14 days following the date of this order** a letter, filed on ECF, providing the following information:

1. Whether all defendants who had been served at the time of removal joined in the notice of removal.

2. Whether the notice of removal was dated more than 30 days after the first defendant was served.

3. If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

A copy of this Order must also be served with any subsequent process that brings in additional parties, and proof of such service must be filed promptly with the Court. If the

---

[2] As used in this Order, the term "counsel" means, in the case of an individual party who is proceeding *pro se*, such party.

removing defendant's counsel is unaware of the identity of counsel for any of the other parties, he or she must forthwith send a copy of this Order to that party personally.

If any plaintiff has a response to defendant's submission, that response must be submitted to the Court within 14 days of service of defendant's submission. Any motion to remand the action to state court based on procedural defects in the removal must be filed within 30 days of removal. *See* 28 U.S.C. § 1447(c).

Upon appearance of the remaining parties in the litigation and the filing of the response(s) to the complaint, the Court will schedule an initial pretrial conference.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 21, 2022
   New York, New York