UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RVW PRODUCTIONS CORPORATION et al.,

                         Plaintiffs,

-v-

HISCOX INSURANCE COMPANY, INC. et al.,

                         Defendants.

22 Civ. 8850 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 11, 2022, defendant Hiscox Insurance Company Inc. ("Hiscox") filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. 10. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by December 2, 2022. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by December 23, 2022, Hiscox shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by December 2, 2022. Hiscox's reply, if any, shall be served by December 9, 2022. At the time any reply is served, the moving party shall supply the Court

---

[1] If Hiscox files a new motion to dismiss or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and Hiscox's reply, if any, will be due seven days after that.

with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

The Court will determine later, after receipt of plaintiff's anticipated brief opposing a motion to dismiss the current or amended complaint, whether to schedule oral argument.

SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: November 15, 2022
       New York, New York